# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-62505-RS

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC., a Florida Profit Corporation,

    Defendant.

_____/

**PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT, STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC.**

Plaintiff, HOWARD MICHAEL CAPLAN, by and through undersigned counsel, hereby files this Motion for Entry of Clerk's Default against Defendant, STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC., and in support thereof states as follows:

1. Plaintiff filed the instant action on December 15, 2021. [DE 1]

2. On October 20, 2022, Plaintiff obtained service on Defendant, STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC. [DE 22].

3. To date, the Defendant has not filed an Answer or any type of responsive pleading with the Court although it was required to do so. The time has passed for a responsive pleading.

WHEREFORE, Plaintiff respectfully requests the Clerk of Court to enter a default against Defendant, STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC., for its failure to timely file an Answer or responsive pleading in this action.

Respectfully submitted,

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., Suite 757
Hallandale Beach, Florida 33009
Telephone:     (954) 639-7016
Facsimile:     (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfimpa@gmail.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:21-cv-62505-RS

HOWARD MICHAEL CAPLAN,

       Plaintiff,

vs.

STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC., a Florida Profit Corporation,

       Defendant.
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 16, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald E. Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
Ronnette Gleizer, Esq.
Florida Bar No. 87417
THE ADVOCACY LAW FIRM, P.A.
1835 E Hallandale Beach Blvd., Suite 757
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:   (954) 639-7198
Email: ronsternlaw@gmail.com, advocacylawfimpa@gmail.com
Attorneys for Plaintiff, HOWARD MICHAEL CAPLAN

## SERVICE LIST:

HOWARD MICHAEL CAPLAN, Plaintiff, vs. STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC., a Florida Profit Corporation, Defendant

United States District Court Southern District of Florida

Case No. 0:21-cv-62505-RS

**STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC**.

**REGISTERED AGENT:**

SKOPP, STEVEN D
933 HARBORVIEW NORTH
HOLLYWOOD, FL 33019

**VIA US MAIL**