UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HOWARD MICHAEL CAPLAN

PLAINTIFF(S)

CASE NUMBER
0:21−cv−62505−RS

v.

ANDY'S PLACE, INC., et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**STEVE'S TRANSMISSIONS OF BROWARD COUNTY, INC.**

as of course, on the date December 16, 2022.

        **Angela E. Noble**
        CLERK OF COURT

        By  /s/ *Philip Curtis*
        Deputy Clerk

cc:  Judge Rodney Smith
     Howard Michael Caplan